Docket No.: 20-cv-04448

# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:   2/3/2021

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) N/A and defendant(s) N/A

3. Number of depositions by plaintiff(s) of: parties 1   non-parties ___

4. Number of depositions by defendant(s) of: 1 parties   ___ non-parties

5. Date for completion of factual discovery:   5/20/2021

6. Number of expert witnesses of plaintiff(s): ___ medical   ___ non-medical

    Date for expert report(s):   N/A

7. Number of expert witnesses of defendant(s): ___ medical   ___ non-medical

    Date for expert report(s):   N/A

8. Date for completion of expert discovery:   N/A

9. Time for amendment of the pleadings by plaintiff(s) or by defendant(s)   2/19/2021

10. Number of proposed additional parties to be joined by plaintiff(s) ___ and by defendant(s) ___ and time for completion of joinder:   N/A

11. Types of contemplated dispositive motions:   plaintiff(s):
    defendant(s):   Motion for Summary Judgment

12. Dates for filing contemplated dispositive motions:   X plaintiff(s):   Within 60 days of close of fact discovery
    X defendant(s):

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.   All Discovery to be conducted pursuant to FRCP, SDNY LCR, and the Court's Individual Rules

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.
    N/A

15. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.) *
    Yes ___   No X

_____

* The fillable consent form may be found at http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.